**FILED**
CLERK, U.S. DISTRICT COURT

3/22/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CDO____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00195-MCS |
| Plaintiff, | I N D I C T M E N T |
| v. | [49 U.S.C. § 46504: Interference with Flight Crew Members and Attendants] |
| DEON RENAE WILSON, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[49 U.S.C. § 46504]

On or about January 25, 2024, while on an aircraft in the special aircraft jurisdiction of the United States, namely, Fiji Airways Flight 810 from Nadi, Fiji, to Los Angeles, California, which landed at Los Angeles International Airport, within the Central District of California, defendant DEON RENAE WILSON knowingly assaulted a flight attendant of the aircraft, namely, M.H., and in doing so, interfered with the performance of the duties of the flight attendant and flight crew members and lessened the ability of the flight attendant and flight crew members to perform their duties.

COUNT TWO

[49 U.S.C. § 46504]

On or about January 25, 2024, while on an aircraft in the special aircraft jurisdiction of the United States, namely, Fiji Airways Flight 810 from Nadi, Fiji, to Los Angeles, California, which landed at Los Angeles International Airport, within the Central District of California, defendant DEON RENAE WILSON knowingly assaulted a flight attendant of the aircraft, namely, I.V., and in doing so, interfered with the performance of the duties of the flight attendant and flight crew members and lessened the ability of the flight attendant and flight crew members to perform their duties.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes
Section

JOSEPH DE LEON
Assistant United States Attorney
General Crimes Section